IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
DUCKWORTH FAMILY TRUST,
DATED MARCH 12, 2015.

No. 82314

KYLA DUCKWORTH,

Appellant,

vs.

CARY DUCKWORTH, TRUSTEE; AND
TARA DUCKWORTH,

Respondents.

FILED

JAN 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Lansford W. Levitt, Settlement Judge
Jerimy Kirschner & Associates, P.C.
Dawson & Lordahl, PLLC
Hayes Wakayama
Jolley Urga Woodbury Holthus
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-02412